UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Irma Yeoconda Obando Fajardo (aka Geoconda Obando Fajardo) and Veronica Obando,<br>    Plaintiffs<br>v.<br>Antonio DiBenedetto (aka Tony DiBenedetto), Anna DiBenedetto, Giovanni DiBenedetto, and Ferdinando DiBenedetto (aka Freddy DiBenedetto),<br>    Defendants | July 28, 2010<br>No. 3:10cv784 (MRK) |

**PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS MOTION FOR A STAY OF PROCEEDINGS**

   The Plaintiffs hereby give notice that at this time they are not-opposed to the Defendants' motion to stay the instant proceedings until the related criminal investigation by the US Government and any ensuing prosecution are concluded. However, Plaintiffs reserve the right to request that the stay be lifted if the criminal investigation remains unresolved for a substantial period of time.  As indicated in the Defendants' motion, the criminal investigation has been ongoing since early 2008. While a stay has been granted in a case related to the claims being raised in the case at bar – namely *Flores v. DiBenedetto*, Case No. 3:08cv884 (AVC)  - the stay granted in that case was mandatory pursuant to 18 U.S.C. § 1595(b), a statute which the Defendants have not cited in their motion in this case and which appears to be irrelevant to the claims being raised in the instant complaint.  In sum, at this time, the Plaintiffs are not opposed to the Defendants motion to stay the instant proceedings.

1

        Respectfully submitted for
        Plaintiffs, by


        /s/
        Justin Conlon, their attorney
        federal bar ct26187; juris 421914
        Law Offices of Justin Conlon
        605 Washington Avenue
        P.O. Box 304
        North Haven, CT 06473
        phone (203) 745-4972
        fax (203) 745-4803
        jconlon@jconlonlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2010 a copy of the foregoing was served via the Court's PACER system and e-mail to:

    Hugh Keefe, Esq.
    Nancy Myers, Esq.
    Lynch, Traub, Keefe & Errante, P.C.
    52 Trumbull Street
    New Haven, CT 06510


        /s/
        Justin Conlon