# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Irma Yeoconda Obando Fajardo (aka Geoconda Obando Fajardo) and Veronica Obando,<br>    Plaintiffs<br>v.<br>Antonio DiBenedetto (aka Tony DiBenedetto), Anna DiBenedetto, Giovanni DiBenedetto, and Ferdinando DiBenedetto (aka Freddy DiBenedetto),<br>    Defendants | July 28, 2010<br>No. 3:10cv784 (MRK) |

## PLAINTIFFS' MOTION TO AMEND CAPTION

   The Plaintiffs hereby move the Court to amend a scrivener's error in the caption. The first listed Plaintiff's name was misspelled in the caption as <u>Iram</u> Yeoconda Obando Fajardo due to a typographical error.  Her correct name is <u>Irma</u> Yeoconda Obando Fajardo.  This Plaintiff's name is correctly spelled throughout the complaint, it is only the caption that includes this scrivener's error.  The Plaintiffs' move the Court to correct Iram to Irma in the caption as it is a typographical error.

                                        Respectfully submitted for
                                        Plaintiffs, by


                                        /s/
                                        Justin Conlon, their attorney
                                        federal bar ct26187; juris 421914
                                        Law Offices of Justin Conlon
                                        605 Washington Avenue
                                        P.O. Box 304
                                        North Haven, CT 06473
                                        phone (203) 745-4972
                                        fax (203) 745-4803
                                        jconlon@jconlonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2010 a copy of the foregoing was served via the Court's PACER system and e-mail to:

    Hugh Keefe, Esq.
    Nancy Myers, Esq.
    Lynch, Traub, Keefe & Errante, P.C.
    52 Trumbull Street
    New Haven, CT 06510

    /s/
    Justin Conlon