# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| |
|---|
| Irma Yeoconda Obando Fajardo, et al., |
| Plaintiffs |
| v. |
| Antonio DiBenedetto, et al., |
| Defendants |

May 12, 2014
No. 3:10cv784 (AVC)

## REQUEST FOR VOLUNTARY DISMISSAL

The Plaintiffs, Irma Yeocondo Obando Fajardo and Veronica Obando, hereby request that the Court voluntarily dismiss their complaint pursuant to FRCP 41(a)(2). The parties in this case have reached a final settlement and the Plaintiffs no longer seek to pursue the claims being made in their complaint.

Respectfully submitted for
Plainiffs, by

/s/
Justin Conlon, their attorney
federal bar ct26187; juris 421914
Law Offices of Justin Conlon
196 Trumbull Street
Suite 311
Hartford, CT 06103
phone (203) 745-4972
fax (203) 745-4803
jconlon@jconlonlaw.com

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 1014 a copy of the foregoing was served via the Court's CM / ECF system to:

Hugh Keefe
Matthew Popilowski
Lynch, Traube, Keefe & Errante
52 Trumbull Street
PO Box 1612
New Haven, CT 06506-1612

/s/
Justin Conlon